No. 1732.—L. N. BALDWIN *v.* A. A. GREEN and ROBT. PITKIN.

If no legal ground is shown for the appeal, the appellant will be condemned to pay damages for frivolous appeal, when prayed for by the appellee.

APPEAL from the Third District Court of New Orleans. *Théard, J.* *Hyams & Jonas,* for plaintiff and appellee. *Miller & Huntington,* for defendant and appellant.

WYLY, J. The defendant, Robert Pitkin, appealed from a judgment against him as indorser of a promissory note made by the defendant, A. A. Green. The defense was a general denial. It appears from the record that the note was duly protested, and notice of dishonor was regularly served on the appellant personally. The appellee has asked for damages for frivolous appeal, and they should be awarded him.

It is therefore ordered that the judgment appealed from be affirmed, and that appellee recover of the appellant one hundred and fifty dollars damages for frivolous appeal.